**Order entered August 21, 2015**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-15-00791-CV

### BILL MCINTYRE, Appellant

### V.

### ELY EDWARDS AND WILLIE RUTH EDWARDS, Appellees

**On Appeal from the 44th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-14-03032**

## ORDER

We **GRANT** appellant's August 10, 2015 motion to extend time to comply with the Court's July 30, 2015 order and **ORDER** appellant, no later than October 12, 2015, to (1) pay the $195 filing fee for the appeal and (2) file written verification he has paid or made payment arrangements for the clerk's record. Appellant is again cautioned that failure to comply will result in dismissal of the appeal without further notice. *See* Tex. R. App. P. 37.3(b), 42.3(c).

/s/      CRAIG STODDART
         JUSTICE